THE STATE *versus* INHABITANTS OF MILO.

An indictment against a town cannot be maintained upon an allegation, that there is a highway extending into several towns, and that the same *or* that part of it which lies within the defendant town is defective.

INDICTMENT for defects in a highway.

After verdict against defendants in the District Court, they moved in arrest of judgment. The motion was overruled, and the case was brought into this court by exceptions.

*Everett,* for defendants.

TENNEY, J., orally. — The indictment alleges the highway to extend into three towns, and that "the said road or that part of it in Milo" is out of repair. This alternative form of allegation is insufficient. The indictment may all be true, and yet Milo be in no fault. The defective part of the road may be in the other towns. No fine could be ordered.

*Judgment arrested.*